# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| DORIS A. BARUCH,<br><br>              Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>              Respondent. | Civil Action No.: 12-cv-767 (CCC-JAD)<br><br>**O R D E R** |

**CECCHI, District Judge.**

This matter comes before the Court upon the following applications: (1) Doris A. Baruch's ("Petitioner") petition to quash an IRS Formal Document Request ("FDR") [Docket No. 1]; (2) Respondent's motion to dismiss the petition to quash the FDR [Docket No. 2]; and (3) Petitioner's motion to extend the time to serve a summons pursuant to Fed. R. Civ. P. 4(m) [Docket No. 15]. On April 29, 2013 Magistrate Judge Joseph A. Dickson issued a Report and Recommendation that the petition to quash the FDR be denied; that Respondent's motion to dismiss the petition to quash the FDR be granted; and that Petitioner's motion to extend the time to serve a Rule 4(m) summons be granted. Respondent filed a "protective objection" to Judge Dickson's Report and Recommendation on May 13, 2013 [Docket No. 22], in the event that Petitioner objected to the Report and Recommendation. Petitioner has not objected to the Report and Recommendation and Respondent thereafter withdrew its protective objection on May 23, 2013 [Docket No. 23]. The Court has considered the submissions of the parties, and Judge Dickson's Report and Recommendation, and for substantially the same reasons stated therein,

IT IS on this 29th day of May, 2013

**ORDERED** that this Court adopts Judge Dickson's April 29, 2013 Report and Recommendation and thus denies the petition to quash the FDR; grants Respondent's motion to dismiss the petition to quash the FDR; and grants Petitioner's motion to extend the time to serve a Rule 4(m) summons.

**HON. CLAIRE C. CECCHI**
**United States District Judge**